IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


MICHAEL W. WARD,                  )
                                  )
        Plaintiff,                )
                                  )          CIVIL ACTION NO.
        v.                        )            2:17cv814-MHT
                                  )                (WO)
ADOC COMMISSIONER                 )
JEFFERSON DUNN, et al.,           )
                                  )
        Defendants.               )


OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state
prisoner, filed this lawsuit alleging unsafe medical
treatment in violation of his Eighth Amendment rights.
This lawsuit is now before the court on the
recommendation of the United States Magistrate Judge
that plaintiff's case be dismissed. There are no
objections to the recommendation. After an independent
and de novo review of the record, the court concludes
that the magistrate judge's recommendation should be

adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of July, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE